# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LION COPOLYMER GEISMAR, LLC
AND LION COPOLYMER HOLDINGS,
LLC

NO. 2021 CW 0416

VERSUS

APTIM MAINTENANCE LLC,
ZURICH AMERICAN INSURANCE
COMPANY, ILLINOIS UNION
INSURANCE COMPANY, AND
GENERAL CABLE INDUSTRIES,
INC.

**JUNE 21, 2021**

---

In Re: Illinois Union Insurance Company, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 122525.

---

BEFORE: **GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT GRANTED.** The trial court's April 26, 2021 judgment granting plaintiffs, Lion Copolymer Geismar, LLC and Lion Copolymer Holdings, LLC's (hereinafter collectively "Lion"), motion for partial summary judgment and ordering the defendant, Illinois Union Insurance Company (hereinafter "Illinois Union"), to reimburse to Lion defense costs in the amount of $433,300.40 is reversed. We find genuine issues of material fact exist regarding whether Lion is entitled to judgment against Illinois Union for reimbursement of defense costs, and the amount thereof, under the policy issued by Illinois Union wherein Lion is named as an additional insured. Accordingly, Lion's motion for partial summary judgment is denied.

JMG
JMM
PMc

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT